Zachary T. Ball, Esq.
Nevada Bar No. 8364
Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: fnlg.nevada@fnf.com

Attorneys for: *Stanley S. Silva*

___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                          DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT VEGA, SR., and MELE L. VEGA, individually and on behalf of a class of persons similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CTX MORTGAGE COMPANY, LLC, CHASE HOME FINANCE, JOHN I. MATTHEWS, TIMOTHY BARTOSH, CAL-WESTERN RECONVEYANCE CORPORATION, STANLEY S. SILVA, and DOES 1 through 100,<br>　　　　　　　　　Defendants. | Case No. 3:10-cv-00405-RCJ-VPC<br><br><br><br><br>**SUBSTITUTION OF ATTORNEYS** |

Zachary T. Ball, Esq. of FIDELITY NATIONAL LAW GROUP is hereby substituted as attorney for Defendant, STANLEY S. SILVA. in the above-entitled action, in place and stead of Ronald L. Warren, Esq.


DATED: 01/27/2011          /s/ Stanley S. Silva

////

////

////

////

////

////

Fidelity National
Law Group
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 1 of 3

1    Ronald L. Warren, Esq., hereby consents to the substitution of Zachary T. Ball, Esq. of

2  FIDELITY NATIONAL LAW GROUP in his place and stead as attorney for Defendant,

3  STANLEY S. SILVA.

4    DATED: 01/27/2011 _____    /s/ Ronald L. Warren _____
         Ronald L. Warren, Esq. Bar No. 2857
5         3980 Howard Hughes Parkway, Suite 230
         Las Vegas, Nevada 89169
6

7    Zachary T. Ball, Esq. of FIDELITY NATIONAL LAW GROUP hereby accepts and

8  consents to his substitution as attorney for Defendant, STANLEY S. SILVA, in the place and

9  stead of Ronald L. Warren, Esq. in the above-entitled action.

10                                 FIDELITY NATIONAL LAW GROUP

11

12    DATED: 01/27/2011 _____    /s/ Zachary T. Ball _____
         Zachary T. Ball, Esq.,
13        Nevada Bar No. 8364
         Marni Rubin Watkins, Esq.
14        Nevada Bar No. 9674
         3980 Howard Hughes Parkway, Suite 230
15        Las Vegas, Nevada 89169
         Attorneys for *Stanley S. Silva*
16

17  ////                          IT IS SO ORDERED

18  ////

19  ////                          U.S. MAGISTRATE JUDGE

20  ////                          DATED: January 28, 2011

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

Fidelity National
Law Group
3980 H. Hughes Pkwy. #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing SUBSTITUTION OF ATTORNEYS on the date below entered on those parties listed as CM/ECF registrants by electronic transmission to the Clerk's Office using the CM/ECF System, and on those parties who are not listed as CM/ECF registrants by placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed as follows:

Robert R. Hager, Esq.  
Treva J. Hearne, Esq.  
Hager & Hearne  
245 E. Liberty, Suite 110  
Reno, NV 89501  
Attorneys for Plaintiffs

Colt B. Dodrill, Esq.  
Wolfe & Wyman LLP  
980 Kelly Johnson Drive, Suite 140  
Las Vegas, NV 89119  
cbdodrill@wolfewyman.com  
Attorneys for Defendants: *CTX Mortgage Company, LLC, John L. Matthews*, and *Timothy M. Bartosh*

DATED: <u>01/27/2011</u>

<u>/s/ Jennifer O'Brien</u>  
An employee of Fidelity National Law Group

////

////

////

Fidelity National
Law Group
3980 H. Hughes Pkwy. #230
Las Vegas, Nevada 89169
(702) 667-3000