Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
TEL: (702) 252-5002
FAX: (702) 252-5006
jes@slwlaw.com
jtp@slwlaw.com
kw@slwlaw.com
and
LeAnn Pedersen Pope, Esq., *Pro Hac Vice Admission*
Danielle J. Szukala, Esq., *Pro Hac Vice Admission*
Shana A. Shifrin, Esq., *Pro Hac Vice Admission*
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611-3607
TEL: (312) 840-7000
FAX: (312) 840-7900

Attorneys for Defendant
Chase Home Finance LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT VEGA, SR., and MELE L. VEGA, individually and on behalf of a class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CTX MORTGAGE COMPANY, LLC, CHASE HOME FINANCE, JOHN L. MATTHEWS, TIMOTHY BARTOSH, CAL-WESTERN RECONVEYANCE CORPORATION, STANLEY S. SILVA, and DOES 1 through 100,<br><br>Defendants. | CASE NO.: 3:10-cv-00405-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO LR26-1** |

COMES NOW, Defendant CHASE HOME FINANCE, LLC, by an through its attorneys, LEANN PEDERSEN POPE, ESQ., DANIELLE J. SZUKALA, ESQ. AND SHANA A.

1

SHIFRIN, ESQ. of BURKE WARREN MACKAY & SERRITELLA, PC, JAY E. SMITH, ESQ., JOSEPH T. PRETE, ESQ. and KATIE M. WEBER, ESQ. of SMITH LARSEN & WIXOM, along with Plaintiffs ROBERT VEGA SR. AND MELE L. VEGA, ("Plaintiffs") by and through their attorneys of record ROBERT R. HAGER, ESQ. AND TREVA J.HEARN, ESQ. of HAGER & HEARNE, Defendants CTX MORTGAGE COMPANY, LLC, JOHN L. MATTHEWS, TIMOTHY BARTOSH, by and through their attorney of record COLT B. DODRILL, ESQ. of WOLFE WYMAN, LLC, Defendant CAL-WESTERN RECONVEYANCE CORPORATION by and through its attorney of record LAUREL I. HANDLEY, ESQ. of PITE DUNCAN, LLP and Defendant STANLEY S. SILVA, by and through his attorney of record, ZACHARY T. BALL, ESQ. of FIDELITY NATIONAL LAW GROUP (collectively, the "Parties") and hereby stipulate to and respectfully request that the Court grant the parties an extension of time to submit their discovery plan and scheduling order pursuant to LR 26-1 pending the completion of the mediation of this matter. As grounds for this Stipulation, the Parties submit the following:

1. On July 2, 2010, a Petition for Removal was filed in this Court (Docket No. 1).

2. On September 24, 2010, Defendant Chase Home Finance LLC ("Chase") filed its Motion to Dismiss (Docket No. 20).

3. On September 24, 2010, Defendant Stanley S. Silva filed a joinder to Chase's Motion to Dismiss (Docket No. 21).

4. On September 24, 2010, Defendants CTX Mortgage, Bartosh and Matthews filed their Motion to Dismiss (Docket No. 22).

5. Defendant Cal-Western Reconveyance filed a joinder as to Chase's Motion to Dismiss on September 27, 2010 (Docket No. 23).

6. Plaintiffs filed their Opposition to the Motions to Dismiss on October 11, 2010 (Docket No. 24).

7. CTX Mortgage, Bartosh and Matthews filed their reply in support of their Motion to Dismiss on October 21, 2010 (Docket No. 25).

8. Chase filed its reply in support of its Motion to Dismiss on December 2, 2010 (Docket No. 29).

9. The Court heard argument on the Motions to Dismiss on January 18, 2011. The Court issued its opinion on January 19, 2011 and granted the Defendants' Motions to Dismiss on all claims except Plaintiffs' "claim for injunctive relief due to statutorily defective foreclosure." (Docket No. 33.) The Court also ordered the Parties to engage in mediation. (*Id.*)

10. Because mediation may result in settlement and dismissal of this matter entirely, the Parties believe that good cause exists to extend the deadline for the Parties to submit a discovery plan and scheduling order until after the Parties have completed mediation and/or settlement negotiations.

**WHEREFORE** the Parties stipulate and respectfully request that the Court grant an extension of time to submit their discovery plan and scheduling order pursuant to LR 26-1 until at least 30 days after the Parties inform the Court that they have completed mediation and that it did not result in settlement.

DATED this 18th day of February, 2011.

**SMITH LARSEN & WIXOM**

*/s/Katie M. Weber, Esq.*
Jay E. Smith, Esq.
Joseph T. Prete, Esq.
Katie M. Weber, Esq.
1935 Village Center Circle
Las Vegas, NV 89134
(702) 252-5002

**BURKE, WARREN, MACKAY & SERRITELLA, P.C.**

*/s/ Shana A. Shifrin, Esq.*
LeAnn Pedersen Pope, Esq.
Danielle J. Szukala, Esq.
Shana A. Shifrin, Esq.
330 N. Wabash Ave.
Chicago, IL 60611
(312) 840-7000
*Attorneys for Defendant Chase Home Finance, LLC*

3

**HAGER & HEARNE**

/s/ *Robert R. Hager, Esq.*
Robert R. Hager, Esq.
Treva J. Hearne, Esq.
245 E. Liberty St., Ste. 110
Reno, NV 89501
Tele: (775) 329-5800

*Attorneys for Plaintiffs*

**WOLFE WYMAN, LLC**

/s/ *Colt B. Dodrill, Esq.*
Colt B. Dodrill, Esq.
980 Kelly Johnson Drive, Ste. 140
Las Vegas, NV 89119
Tele: (702) 476-0100

*Attorney for Defendants*
*CTX Mortgage, Bartosh, Matthews*

**PITE DUNCAN, LLP**

/s/ *Laurel I. Handley, Esq.*
Laurel I. Handley, Esq.
4375 Jutland Drive, Suite 200
San Diego, CA 92177
(858) 750-7600

*Attorney for Cal-Western*
*Reconveyance Corporation*

**FIDELITY NATIONAL LAW GROUP**

/s/ *Zachary T. Ball, Esq.*
Zachary T. Ball, Esq.
3980 Howard Hughes Parkway
Suite 230
Las Vegas, NV 89169
(702) 667-3000

*Attorney for Stanley S. Silva*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: February 28, 2011.

**ORDER**

IT IS SO ORDERED.

DATED _____

_____
UNITED STATES DISTRICT COURT JUDGE

819294v1