## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT VEGA, SR. and<br>MELE L. VEGA,<br><br>      Plaintiffs,<br><br>vs.<br><br>CTX MORTGATE COMPANY, LLC,<br>CHASE HOME FINANCE, JOHN L.<br>MATTHEWS, TIMOTHY BARTOSH,<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION, STANLEY S. SILVA,<br><br>      Defendants. | 3:10-cv-405-RCJ-VPC<br><br>Return of funds |

    Pursuant to the court's order entered February 28, 2013, ECF No. 84, this case has been dismissed. The money deposited with this court, along with any interest earned, shall be returned to its legal owner as reflected on the Certificate of Cash Deposit, filed February 1, 2011, ECF No. 37.

    DATED:  This 23rd day of February, 2016.

                                                  HONORABLE ROBERT C. JONES